IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV 221-115 |
| | ) | (CR 219-10) |
| JAMES THORNTON | ) | |

## ORDER

This matter is before the Court on the parties Joint 28 U.S.C. § 2255 motion to vacate Thornton's conviction. Upon consideration of all facts and circumstances, the Court finds that the motion is due to be granted. It is therefore ordered that the motion is granted and Thornton's conviction is vacated.

SO ORDERED this _30_ day of November, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA